# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEHME J. NEHME and GEORGIA NEHME<br>    Plaintiffs,<br><br>v.<br><br>WESTFIELD INSURANCE COMPANY<br>    Defendant. | :<br>:<br>:<br>: CIVIL ACTION<br>: 23-5145<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 26th day of June, 2024, upon review of the Motion to Dismiss filed by Defendant, Westfield Insurance Company, and Plaintiffs' response, as well as Defendant's reply, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss Plaintiffs' Complaint of Defendant, Westfield Insurance Company (Docket No. 5) is **GRANTED**;

2. Plaintiffs' Complaint is **DISMISSED** with prejudice; and

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

1